**Order entered November 22, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00436-CV**

**HOLLY BONE A/K/A HOLLY MARTIN, Appellant**

**V.**

**DAVID TYLER MOSS, ET AL., Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-09893**

**ORDER**

Before the Court is appellant's November 18, 2021 request to unseal clerk's records because the parties did not obtain a sealing order in accordance with this Court's October 1, 2021 order. We **GRANT** the motion. We **STRIKE** the July 23, 2021, September 10, 2021, and September 17, 2021 supplemental clerk's records that were filed under seal. We **ORDER** Dallas County District Clerk Felicia Pitre to file, on or before **November 29, 2021**, supplemental clerk's records containing the same documents without seal.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Pitre and all parties.

/s/     CRAIG SMITH
        PRESIDING JUSTICE